UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CARLOS MODESTO BETANCOURT<br>    a/k/a JUANCA, a/k/a EL CUCHO,<br>    a/k/a EL MONO, a/k/a DANIEL<br>LEONARDO MODESTO BETANCOURT,<br>    a/k/a LEO, a/k/a JULIAN, a/k/a JULIO,<br>    a/k/a CABALLO<br>OSCAR DARIO ZAPATA MEDRANO<br>    a/k/a EL POLLO<br>CELSO NAVARRO DIAZ<br>    a/k/a COSTEÑO<br>OSCAR HURTADO CAMPAZ<br>    a/k/a  MACHO<br>LUIS FERNANDO GALLEGO SANCHEZ<br>    a/k/a FERCHO<br>WILBERTH JESUS RUIZ MARMOLEJO<br>    a/k/a WIL, a/k/a JOHAN<br>HAROL RUTILIO RIVAS CACERES<br>    a/k/a CHULETA<br>AYNE VALENCIA VALENCIA<br>    a/k/a EL FLACO<br>GENODER RUIZ MARMOLEJO<br>    a/k/a BETO<br>JOSE EDINSON DIAZ BANGUERA<br>    a/k/a MISTER<br>CARLOS ALBERTO ECHEVERRY TASCON<br>    a/k/a POSILLO<br><br>    Defendants. | CRIMINAL NO.<br><br><br>FILED UNDER SEAL |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT AND ARREST WARRANTS**

The United States, by and through the undersigned attorney, respectfully moves the Court

for an order directing that the Indictment returned in the above-captioned case, the bench warrants, this motion and the Court's order thereon be placed under seal until further order of the Court and delaying entry on the public docket of the filing of such Indictment and this motion to seal.

Courts have inherent power to control access to papers filed with the Courts. <u>Nixon v. Warner Communications, Inc</u>., 435 U.S. 589, 598 (1978). Courts have traditionally been "highly deferential to the government's determination that a given investigation requires secrecy and that warrant materials be kept under seal." <u>Times Mirror Co. v. United States</u>, 873 F.2d 1210 (9th Cir. 1989). Therefore, courts have routinely granted government requests to seal warrant materials where there is a need for secrecy. See, <u>Post v. Robinson</u>, 935 F.2d 282, 289, n. 10 (D.C. Cir. 1991).

<u>This case involves a drug trafficking organization dedicated to the transportation of more than more that 20,000 kilograms of cocaine from Colombia through Panama, Costa Rica , Guatemala and Mexico with final destinations the United States. The defendants are charged with conspiracy to distribute five kilograms of more of cocaine knowing or intending that it will be unlawfully imported into the United States.</u>

The United States moves to seal the indictment and related documents in the above captioned case for two reasons. First, the United States needs an opportunity to assure the confidentiality and safety of its witnesses in foreign countries. Second, the United States wishes to provide law enforcement authorities an opportunity to apprehend the defendants before the defendants become aware of the charges filed against them. Accordingly, the United States respectfully requests that it be permitted to maintain the confidentiality and safety of it witnesses

and make attempts to lure the defendants to the United States or other countries for extradition to the United States.

**WHEREFORE**, for the foregoing reasons, the United States respectfully moves to seal the Indictment in the above-captioned proceeding, the arrest warrants, this motion and the Court's order thereon and to delay entry on the public docket of the filing of the Indictment and this motion to seal until further order of the Court.

Respectfully submitted,

_____
Carmen Colón
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C.
(202) 353-4425

Case 1:07-cr-00278-RJL    Document 2    Filed 10/17/2007    Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JUAN CARLOS MODESTO BETANCOURT**<br>  a/k/a JUANCA, a/k/a EL CUCHO,<br>  a/k/a EL MONO, a/k/a DANIEL<br>**LEONARDO MODESTO BETANCOURT,**<br>  a/k/a LEO, a/k/a JULIAN, a/k/a JULIO,<br>  a/k/a CABALLO<br>**OSCAR DARIO ZAPATA MEDRANO**<br>  a/k/a EL POLLO<br>**CELSO NAVARRO DIAZ**<br>  a/k/a COSTEÑO<br>**OSCAR HURTADO CAMPAZ**<br>  a/k/a  MACHO<br>**LUIS FERNANDO GALLEGO SANCHEZ**<br>  a/k/a FERCHO<br>**WILBERTH JESUS RUIZ MARMOLEJO**<br>  a/k/a WIL, a/k/a JOHAN<br>**HAROL RUTILIO RIVAS CACERES**<br>  a/k/a CHULETA<br>**AYNE VALENCIA VALENCIA**<br>  a/k/a EL FLACO<br>**GENODER RUIZ MARMOLEJO**<br>  a/k/a BETO<br>**JOSE EDINSON DIAZ BANGUERA**<br>  a/k/a MISTER<br>**CARLOS ALBERTO ECHEVERRY TASCON**<br>  a/k/a POSILLO<br><br>          **Defendants.** | **CRIMINAL NO.**<br><br> **FILED UNDER SEAL** |

**ORDER**

Upon motion of the United States to seal the Indictment in the above-captioned

matter, the arrest warrants, the government's sealing motion, the sealing order, and to delay entry on the public docket of the filing of the Indictment and the government's sealing motion, and for good cause shown, it is hereby,

**ORDERED** that the Indictment in the above-captioned matter, the arrest warrants, the government's sealing motion and this sealing order are hereby sealed for the purposes requested by the United States pending further order of the Court.

DATED: _____                           _____

                                           UNITED STATES MAGISTRATE JUDGE
                                           UNITED STATES DISTRICT COURT
                                           FOR THE DISTRICT OF COLUMBIA