UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CARLOS MODESTO BETANCOURT,<br>    a/k/a JUANCA, a/k/a EL<br>    CUCHO,<br>    a/k/a EL MONO, a/k/a DANIEL;<br>LEONARDO MODESTO BETANCOURT,<br>    a/k/a LEO, a/k/a JULIAN,<br>    a/k/a JULIO,<br>    a/k/a CABALLO;<br>OSCAR DARIO ZAPATA MEDRANO,<br>    a/k/a EL POLLO;<br>CELSO NAVARRO DIAZ,<br>    a/k/a COSTEÑO;<br>OSCAR HURTADO CAMPAZ,<br>    a/k/a  MACHO;<br>LUIS FERNANDO GALLEGO SANCHEZ,<br>    a/k/a FERCHO;<br>WILBERTH JESUS RUIZ MARMOLEJO,<br>    a/k/a WIL, a/k/a JOHAN;<br>HAROL RUTILIO RIVAS CACERES,<br>    a/k/a CHULETA;<br>AYNE VALENCIA VALENCIA,<br>    a/k/a EL FLACO;<br>GENODER RUIZ MARMOLEJO,<br>    a/k/a BETO;<br>JOSE EDINSON DIAZ BANGUERA,<br>    a/k/a MISTER; and<br>CARLOS ALBERTO ECHEVERRY TASCON,<br>    a/k/a POSILLO,<br><br>    Defendants. | Cr 07-278-RJL<br><br>**FILED**<br><br>JUN 1 8 2008<br><br>Clerk, U.S. District and<br>Bankruptcy Courts |

<u>**NOTICE OF ASSIGNMENT AND APPEARANCE**</u>

    The United States of America by and through its attorney, the Chief of the Narcotic and Dangerous Section of the Criminal Division, informs the Court that the above-captioned matter is

assigned to Trial Attorney Carmen D. Colón.  This is also notice of her appearance in this matter on behalf of the United States.

                          Respectfully submitted,


                          Wayne Raabe, Acting Chief
                          Narcotics and Dangerous Drug Section


                          Carmen Colón
                          Trial Attorney
                          Narcotics and Dangerous Drug Section
                          U.S. Department of Justice
                          1400 New York Avenue, N.W.
                          Suite 1100
                          Washington, D.C.  20005
                          (202) 353-4425