UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 07-278 LEON, J. RJL |
| JUAN CARLOS MODESTO BETANCOURT, <br>    a/k/a JUANCA, a/k/a EL CUCHO, <br>    a/k/a EL MONO, a/k/a DANIEL; <br> LEONARDO MODESTO BETANCOURT, <br>    a/k/a LEO, a/k/a JULIAN, a/k/a JULIO, <br>    a/k/a CABALLO; <br> OSCAR DARIO ZAPATA MEDRANO, <br>    a/k/a EL POLLO; <br> CELSO NAVARRO DIAZ, <br>    a/k/a COSTEÑO; <br> OSCAR HURTADO CAMPAZ, <br>    a/k/a MACHO; <br> LUIS FERNANDO GALLEGO SANCHEZ, <br>    a/k/a FERCHO; <br> WILBERTH JESUS RUIZ MARMOLEJO, <br>    a/k/a WIL, a/k/a JOHAN; <br> HAROL RUTILIO RIVAS CACERES, <br>    a/k/a CHULETA; <br> AYNE VALENCIA VALENCIA, <br>    a/k/a EL FLACO; <br> GENODER RUIZ MARMOLEJO, <br>    a/k/a BETO; <br> JOSE EDINSON DIAZ BANGUERA, <br>    a/k/a MISTER; and <br> CARLOS ALBERTO ECHEVERRY TASCON, <br>    a/k/a POSILLO, <br><br> Defendants. | **FILED** <br><br> JUN 18 2008 <br><br> Clerk, U.S. District and <br> Bankruptcy Courts |

**MOTION TO UNSEAL**

The United States, by and through the undersigned attorney, respectfully moves this Court for an order directing that the Indictment returned in the above captioned case, be unsealed for the following reason:

Ten out of the twelve defendants in this case have been arrested in Colombia; Ayne Valencia Valencia died on June 3rd, 2008, and Harol Rutilio Rivas Caceres the only remaining fugitive is aware of the indictment which has been returned against him.

Respectfully submitted,

WAYNE RAABE,
Acting Chief,
Narcotic and Dangerous Drugs Section
U.S. Department of Justice

*Carmen Colon*
CARMEN COLON
Trial Attorney
Narcotic and Dangerous Drugs Section
U.S. Department of Justice