UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>JUAN CARLOS MODESTO BETANCOURT,<br>   a/k/a JUANCA, a/k/a EL CUCHO,<br>   a/k/a EL MONO, a/k/a DANIEL;<br>LEONARDO MODESTO BETANCOURT,<br>   a/k/a LEO, a/k/a JULIAN, a/k/a JULIO,<br>   a/k/a CABALLO;<br>OSCAR DARIO ZAPATA MEDRANO,<br>   a/k/a EL POLLO;<br>CELSO NAVARRO DIAZ,<br>   a/k/a COSTEÑO;<br>OSCAR HURTADO CAMPAZ,<br>   a/k/a MACHO;<br>LUIS FERNANDO GALLEGO SANCHEZ,<br>   a/k/a FERCHO;<br>WILBERTH JESUS RUIZ MARMOLEJO,<br>   a/k/a WIL, a/k/a JOHAN;<br>HAROL RUTILIO RIVAS CACERES,<br>   a/k/a CHULETA;<br>AYNE VALENCIA VALENCIA,<br>   a/k/a EL FLACO;<br>GENODER RUIZ MARMOLEJO,<br>   a/k/a BETO;<br>JOSE EDINSON DIAZ BANGUERA,<br>   a/k/a MISTER; and<br>CARLOS ALBERTO ECHEVERRY TASCON,<br>   a/k/a POSILLO,<br><br>   Defendants. | Criminal No. 07-278<br>LEON, J. RJL<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**FILED**<br><br>JUN 2 3 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

It is this 19th day of June, 2008 by the United States District Court for the District of Columbia, hereby ORDERED that:

The Indictment filed herein shall no longer be maintained under seal.

_____
UNITED STATES DISTRICT COURT JUDGE